THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00044-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (1) SCOTT BRADDOCK; | ) | |
| (2) ISAM JARADAT; and | ) | |
| (3) HERMANT SAHNEY. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to All Defendants [Doc. 64].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 64] is **GRANTED**, and the pending Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE** as against each Defendant.

**IT IS SO ORDERED.**

Signed: April 21, 2014

Martin Reidinger
United States District Judge